IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL EWING GREENE**                                **PETITIONER**

No. 2:22-cv-00186 BSM/PSH

**DOE**                                                                               **RESPONDENT**

**ORDER**

On October 11, 2022, petitioner Jamel Ewing Greene ("Greene") filed what has been docketed as a petition for writ of habeas corpus and an application to proceed *in forma pauperis*. By Order dated October 13, 2022, the Court denied Greene's application and directed him to pay the $5 filing fee by November 14, 2022. The Court also directed him to provide the name of his custodian at his institution so that the appropriate respondent could be identified and substituted for the Doe defendant. Greene was further notified of his responsibility to comply with the Local Rules of the Court, including the duty to prosecute the action diligently and to respond to communication from the Court. Docket entry no. 3. Greene did not comply with the October 13 Order. Instead, he filed ten pleadings, most of which were docketed as addendums, exhibits, or notices. In one of those

pleadings, Greene claimed he had arranged to pay the $5 filing fee. Docket entry no. 6. The Court, however did not receive payment.

On November 30, 2022, the Court reminded Greene of his responsibility to pay the $5 filing fee and gave him an additional opportunity to comply with the Court's directive with a deadline of December 21, 2022. Docket entry no. 15. He was also instructed to file an amended petition. In response, Greene filed seven more pleadings, two of which reference the filing fee. See docket entry nos. 19 & 21. In one, he states that the filing fee is processed and will be received in thirty days. More specifically, he states "I have complied with said rule #2 and with that being said document five dollar filing fee is processed through Officer Riggs HD unit team 10:00 AM 8 DEC 2022, I believe that thirty days will pass when filing pay is recieved [sic] from the FBOP to 5th district Arkansas Courthouse." See Docket entry no. 19. In another, he submits a document dated December 13, 2022 to "Mr. Kessel and administration" asking why "my BP-199 of five dollars has been returned to my commissary account instead of being directed to the 5th District Court of Arkansas to which is impart of my Due Process rights." See Docket entry no. 21 at 2. In the same filing, he attaches a document addressed to several individuals dated December 13, 2022 about FCI Forrest City "not allowing me to pay my court fees, that five dollar BP-199 has been released back to my

account.  I had turned the BP-199 to the counselor Officer Riggs last Thursday. ...Someone pay my fee of five dollars before 21 December or the court will throw out this case." *Id.* at 3.  The Court has not received the filing fee as of the date of this order.  It is unclear who Officer Riggs, Mr. Kessel and administration," or the individuals addressed in Greene's submission at Docket entry no. 31, page 3, are, if they are affiliated with BOP Forrest City-Low, or what those individuals can do to help Greene get his filing fee paid.  It is unclear what a BP-199 is.  What is clear is that Green had tried to pay his filing fee without success.   The Court therefore directs that this Order be delivered not only to Greene, **but also to the individual at BOP Forrest City-Low who is in charge of prisoner accounts**.  That individual is directed to assist Greene with making payment to this Court of the $5 filing fee.  The fee should be received no later than February 3, 2023.

The Court notes that Greene has not responded to the Court's Orders requiring him to identify his custodian and to submit an amended petition.  Greene is given one more opportunity to do so.  His original petition consists only of documents from or to the U.S. Army, the Veterans Administration, the BOP, and one short paragraph written by Greene.  The nature of his claim is difficult to decipher.  His amended petition should be set forth in clear and concise language.  "It shall allege the facts concerning [Greene's] detention, the name of the person who has custody

3

over him and by virtue of what claim or authority, if known." 28 U.S.C. § 2242. The Clerk is directed to forward to Greene a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2241. Greene is instructed to fill in this form as directed setting forth his claim, sign it, and return it to the court for filing by February 13, 2023. **Green is directed not to file additional documents with his petition**. **Greene is also directed not to file any additional documents, notices, addendums, exhibits, or evidence. If the Court needs any such documents, it will notify Greene.**

    IT IS SO ORDERED this 12th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE