IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL EWING GREENE**                                                          **PETITIONER**
*Reg #17632-035*

v.                             **CASE NO. 2:22-CV-00186-BSM**

**JOHN P. YATES, Warden,**
**FCI Forrest City**                                                             **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 33] is adopted, and John Yates's motion to dismiss Greene's petition for lack of jurisdiction [Doc. No. 29] is denied.

IT IS SO ORDERED this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE