# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAMEL EWING GREENE**                                  **PETITIONER**
*Reg #17632-035*

v.              **CASE NO. 2:22-CV-00186-BSM**

**C. GARRETT, Warden,**
**FCI-Forrest City**                                           **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 48] is adopted. Garrett's motion to dismiss [Doc. No. 42] is granted and the relief Greene is requesting is denied.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE