IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL EWING GREENE**  PETITIONER
*Reg #17632-035*

v. CASE NO. 2:22-CV-00186-BSM

**C. GARRETT, Warden,**
**FCI-Forrest City**  RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE